Commonwealth *v.* Johns, Appellant.

Before RIDGE, J., without a jury.

Argued November 15, 1974. *Robert J. Cindrich,* for appellant; *Nicholas P. Brenlove,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Marsh, Appellant.
Commonwealth *v.* Kimmel, Appellant.

Before STRANAHAN, P. J., without a jury.

Argued November 15, 1974. *Anna Belle Jones,* with her *Stranahan and Stranahan,* for appellant at No. 251; *Herman M. Rodgers,* with him *Rodgers, Marks & Perfilio,* for appellant at No. 258; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.